PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDISHA HART<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LILIA MERIN, JATIKA WILLIAMS, and CITLALY DOMINQUEZ<br><br>Defendants. | Case No.:  CV12-08034 JAK (FFMx)<br>Assigned to the Honorable:<br>John A. Kronstadt - Courtroom 750<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS, COUNTY OF LOS ANGELES, LILIA MERIN, JATIKA, WILLIAMS AND CITLALY DOMINQUEZ**<br><br>Complaint Filed: September 18, 2012 |

Whereas Plaintiff, Mandisha Hart, brought a Motion for Partial Summary Judgment on November 22, 2013;

Whereas Defendants, County of Los Angeles, Lilia Merin, Jatika Williams, and Citlaly Dominquez brought a Motion for Summary Judgment and/or Motion for Partial Summary Judgment on December 16, 2013;

Whereas both of the aforementioned Motions came for hearing on March 17, 2014, before the Honorable John A. Kronstadt, U.S. District Court Judge;

Whereas the Court took the Plaintiff's Motion and Defendants' Motion under submission on March 18, 2014;

Whereas, the Court denied Plaintiff, Mandisha Hart's Motion for Partial

Summary Judgment and granted Defendants' Motion for Summary Judgment and/or Motion for Partial Summary Judgment;

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Defendants, County of Los Angeles, Lilia Merin, Jatika Williams, and Citlaly Dominquez have judgment entered in their favor, that Plaintiff take nothing, and that the action be dismissed on the merits. It is further ordered and adjudged that Defendants may recover costs.

**IT IS SO ORDERED**.

DATED:   April 18, 2014    _____

Hon. John A. Kronstadt
United States District Judge

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

JUDGMENT IN FAVOR OF DEFENDANTS
CV-12-08034 JAK (FFMx)

o:\jak\ecf ready\4. hart.proposed judgment.docx