Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No. 228302
Dratcliff@pbbllp.com
Gil Burkwitz, Esq., Bar No.: 289337
Gburkwitz@pbbllp.com
PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
COUNTY OF LOS ANGELES, LILIA MERIN,
JATIKA WILLIAMS, and CITLALY DOMINQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDISHA HART<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, LILIA MERIN, JATIKA WILLIAMS, and CITLALY DOMINQUEZ<br><br>  Defendants. | Case No.:  CV12-08034 JAK (FFMx)<br>Assigned to the Honorable:<br>John A. Kronstadt - Courtroom 750<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Trial Date: May 13, 2014<br>Complaint Filed: September 18, 2012 |

Defendants, COUNTY OF LOS ANGELES, LILIA MERIN, JATIKA WILLIAMS, and CITLALY DOMINQUEZ', Motion for Protective Order, came for hearing on May 13, 2014, at 10:00 a.m., before the Honorable Frederick F. Mumm, Magistrate Judge Of The United States District Court presiding.

The Court, having read and considered the papers submitted in support of the Motion and based upon the papers and pleadings on file in this matter as well as the

1

oral arguments, finds that there is good cause to order the deposition transcripts of Rhonda Reyes and Tanika Deavila precluded from dissemination to all third parties or media outlet.

GOOD CAUSE HAVING BEEN FOUND, the Court hereby orders that Defendants' Motion for Protective Order is hereby granted.

**IT IS SO ORDERED.**

DATED: May 22, 2014

/S/ FREDERICK F. MUMM
HON. FREDERICK F. MUMM
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 14, 2014, I served the foregoing document described as: **[NEW] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER,** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction

Executed on May 14, 2014, at Burbank, California.

Martha Gonzalez

3

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER
Case No.: CV12-08034 JAK (FFMx)

o:\ffm\ecf ready\p-prop order protective order (revised).docx

# SERVICE LIST

**RE:     Hart, Mandisha v. County of Los Angeles**

Case No.:     CV12-08034 JAK (FFMx)

David W. Allor, Esq.
**Law Offices of David W. Allor**
6601 Center Drive West, Suite 500
Los Angeles, CA 90045
T: (310) 342-8270
F: (310) 342-8271

**Attorneys for Plaintiff**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER
Case No.: CV12-08034 JAK (FFMx)**

o:\ffm\ecf ready\p-prop order protective order (revised).docx